| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ABELSON & TRUESDALE**<br>BY: Steven J. Abelson, Esq..<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor | Order Filed on September 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>JAVIER LAZO | Case No.: 20-15674<br>Adv. No.:<br><br>Hearing Date: 9/23/20<br><br>JUDGE: HON. MICHAEL B. KAPLAN |

**CONSENT ORDER RESOLVING TREATMENT OF
SECURED CLAIM BY ONE MAIN FINANCIAL**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 17, 2020**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
CONSENT ORDER RESOLVING TREATMENT OF
SECURED CLAIM OF ONE MAIN FINANCIAL

**CASE NUMBER:** 20-15674

**DATE OF HEARING:** 9/23/20

**JUDGE:** HON. MICHAEL B. KAPLAN

---

THIS MATTER being opened to the Court upon the filing of the Secured Proof of Claim (Claim # 2-1) of One Main Financial, and the Debtor having filed a Chapter 13 Plan which pays the secured value of the claim and Crams Down the Secured Proof of Claim,, and upon the amicable resolution of said issues, and for good cause shown:

IT IS ORDERED as follows:

1) One Main Financial acknowledges the Motion to Cram Down the collateral as set forth in its filed Chapter 13 plan.

2) One Main Financial shall be paid it secured proof of claim consistent with the Debtor's value of the security ($ 2617) together with interest at 3% for a total payment on the Secured POC of $ 2,821 under the Chapter 13 Plan.

2) The balance of the Creditor's claim ($ 8,472.71) shall be deemed a general unsecured creditor and paid consistent with said treatment under the Debtor's plan.

The undersigned hereby consent to the form and
entry of the foregoing Order.

By: Shannon Mecham
One Main Financial

ABELSON & TRUESDALE
By: Steven J. Abelson, Esq
Attorney for Debtor