UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:
JAVIER LAZO

Order Filed on September 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-15674
Adv. No.:

Hearing Date: 9/23/20

JUDGE: HON. MICHAEL B. KAPLAN

## CONSENT ORDER RESOLVING TREATMENT OF
## SECURED CLAIM BY ONE MAIN FINANCIAL

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: September 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

        CONSENT ORDER RESOLVING TREATMENT OF
        SECURED CLAIM OF ONE MAIN FINANCIAL

**CASE NUMBER:** 20-15674

**DATE OF HEARING:** 9/23/20

**JUDGE:** HON. MICHAEL B. KAPLAN

-------------------------------------------------------------------------------------------------------------------

        THIS MATTER being opened to the Court upon the filing of the Secured Proof of Claim

(Claim # 2-1) of One Main Financial, and the Debtor having filed a Chapter 13 Plan which pays

the secured value of the claim and Crams Down the Secured Proof of Claim,, and upon the

amicable resolution of said issues, and for good cause shown:

        IT IS ORDERED as follows:

        1)  One Main Financial acknowledges the Motion to Cram Down the collateral as set

forth in its filed Chapter 13 plan.

        2) One Main Financial shall be paid it secured proof of claim consistent with the Debtor's

value of the security ($ 2617) together  with interest at 3% for a total payment on the Secured

POC of $ 2,821 under the Chapter 13 Plan.

        2)  The balance of the Creditor's claim ($ 8,472.71) shall be deemed a general unsecured

creditor and paid consistent with said treatment under the Debtor's plan.

The undersigned hereby consent to the form and
entry of the foregoing Order.

By: Shannon Mecham
One Main Financial

ABELSON & TRUESDALE
By: Steven J. Abelson, Esq
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-15674-MBK
Javier Lazo                                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db            +Javier Lazo,    789 Linden Road,    Toms River, NJ 08753-7811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
          LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Douglas J. McDonough   on behalf of Creditor   Towd Point Mortgage Trust 2018-1, U.S. Bank
          National Association, as Indenture Trustee DMcDonough@flwlaw.com
          Steven J. Abelson   on behalf of Debtor Javier   Lazo sjaesq@atrbklaw.com,
          atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5