B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of New Jersey _____

In re Javier Lazo _____ ,        Case No. 20-15674-MBK _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| Community Loan Servicing, LLC | Bayview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
    Community Loan Servicing, LLC
    4425 Ponce De Leon Blvd., 5th Floor
    Coral Gable, FL 33146

Court Claim # (if known): 16-1
Amount of Claim: $27,501.91
Date Claim Filed: 6/8/2020

Phone: 800-771-0299 _____
Last Four Digits of Acct #: 3627 _____

Phone: 800-771-0299 _____
Last Four Digits of Acct. #: 3627 _____

Name and Address where transferee payments
should be sent (if different from above):
    Community Loan Servicing, LLC
    Attn: Cashiering Dept.
    4425 Ponce De Leon Blvd., 5th Floor
    Coral Gable, FL 33146

Phone: 800-771-0299 _____
Last Four Digits of Acct #: 3627 _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.
By:_____ /s/ Jenelle C. Arnold _____        Date: 10/8/2020 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Delaware

Page 1

## The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "BAYVIEW LOAN SERVICING, LLC", CHANGING ITS NAME FROM "BAYVIEW LOAN SERVICING, LLC" TO "COMMUNITY LOAN SERVICING, LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF SEPTEMBER, A.D. 2020, AT 8:54 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2020.*



Jeffrey W. Bullock, Secretary of State

Authentication:

Date: 09-17-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1.    Name of Limited Liability Company: Bayview Loan Servicing, LLC

2.    The Certificate of Formation of the limited liability company is hereby amended
as follows:

> Bayview Loan Servicing, LLC is changing its name to
> Community Loan Servicing, LLC effective September 28,
> 2020

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on
the 29th _____ day of July _____, A.D. 2020 .

By: *Brian E. Bomstein*
DocuSigned by:
—77E51620648D4B9...
Authorized Person(s)

Name: Brian E. Bomstein

Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered   08:54 AM 09/16/2020
FILED   08:54 AM 09/16/2020