| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-15674 / MBK**

Javier Lazo

Petition Filed Date: 04/18/2020
341 Hearing Date: 05/14/2020
Confirmation Date: 10/14/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $531.00 | 81847130 | 02/01/2022 | $531.00 | 82479370 | 03/02/2022 | $531.00 | 83105680 |
| 04/04/2022 | $531.00 | 83769900 | 05/02/2022 | $531.00 | 84409490 | 06/06/2022 | $531.00 | 85066010 |
| 07/05/2022 | $531.00 | 85672540 | 08/02/2022 | $531.00 | 86224990 | 09/02/2022 | $531.00 | 86828280 |
| 10/04/2022 | $531.00 | 87433180 | 11/02/2022 | $531.00 | 88039800 | 12/05/2022 | $531.00 | 88619460 |
| 01/04/2023 | $531.00 | 89148620 | 02/02/2023 | $531.00 | 89729270 | 03/01/2023 | $531.00 | 90277350 |

**Total Receipts for the Period:  $7,965.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,781.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Javier Lazo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,180.00 | $3,180.00 | $0.00 |
| 1 | VIVE FINANCIAL<br>»» DENT-A-MED INC. | Unsecured Creditors | $2,125.49 | $0.00 | $2,125.49 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2000 CHEVY SILVERADO/CRAM/ORDER 9/17/20 | Debt Secured by Vehicle | $2,821.00 | $0.00 | $2,821.00 |
| 3 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2000 CHEVY SILVERADO/CRAM BAL/ORDER 9/17/2020 | Unsecured Creditors | $8,472.71 | $0.00 | $8,472.71 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,724.90 | $0.00 | $1,724.90 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 | Priority Crediors | $10,540.52 | $7,571.84 | $2,968.68 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2011-2012, 2015-2016 | Unsecured Creditors | $41,322.47 | $0.00 | $41,322.47 |
| 7 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,930.58 | $0.00 | $1,930.58 |
| 8 | MERRICK BANK | Unsecured Creditors | $1,654.30 | $0.00 | $1,654.30 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $2,427.18 | $0.00 | $2,427.18 |
| 10 | Toms River MUA<br>»» P/789 LINDEN RD/SEWER | Secured Creditors | $168.94 | $0.00 | $168.94 |
| 11 | ALLY CAPITAL<br>»» 2014 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-15674 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | ALLY CAPITAL<br>»» 2014 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 13 | TOWD POINT MTG TRUST 2018-1<br>»» P/789 LINDEN RD/1ST MTG | Mortgage Arrears | $2,893.75 | $0.00 | $2,893.75 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DELL FINANCIAL SERVICES, LLC | Unsecured Creditors | $2,482.44 | $0.00 | $2,482.44 |
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,848.88 | $0.00 | $3,848.88 |
| 16 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $698.57 | $0.00 | $698.57 |
| 17 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/JCPENNEY | Unsecured Creditors | $1,287.93 | $0.00 | $1,287.93 |
| 18 | COMMUNITY LOAN SERVICING LLC<br>»» P/789 LINDEN RD/2ND MTG/BAYVIEW | Mortgage Arrears | $20.00 | $0.00 | $20.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $847.91 | $0.00 | $847.91 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $3,861.28 | $0.00 | $3,861.28 |
| 21 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $107.81 | $0.00 | $107.81 |
| 22 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CC | Unsecured Creditors | $463.43 | $0.00 | $463.43 |
| 23 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2013-2015;2017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2017-2019 | Priority Crediors | $6,485.12 | $4,658.60 | $1,826.52 |
| 25 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2013-2017/COSTS 9/2019 | Unsecured Creditors | $7,142.69 | $0.00 | $7,142.69 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,781.00 | Plan Balance: | $13,275.00 ** |
| Paid to Claims: | $15,410.44 | Current Monthly Payment: | $531.00 |
| Paid to Trustee: | $1,385.02 | Arrearages: | $0.00 |
| Funds on Hand: | $985.54 | Total Plan Base: | $31,056.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.