**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-019722-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for Towd Point Mortgage Trust 2018-1, U.S. Bank National Association, as Indenture Trustee, Secured Creditor | Order Filed on July 31, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Javier Lazo**<br><br>                              Debtor(s). | Case No.: **20-15674-MBK**<br><br>Chapter 13<br><br>Judge Michael B. Kaplan |

### ORDER RESOLVING MOTION TO VACATE STAY

Recommended Local Form Modified

The relief set forth on the following pages, numbered two (2) through four (4) is

**ORDERED**

**DATED: July 31, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Javier Lazo
Case No.: 20-15674-MBK
Caption of Order: Order Resolving Motion to Vacate Stay

---

Upon the motion of Towd Point Mortgage Trust 2018-1, U.S. Bank National Association, as Indenture Trustee (the "Movant"), under Bankruptcy Code section 362(d) for relief from the stay (the "Motion") as to certain real property commonly known as 789 Linden Road, Toms River, NJ 08753 (the "Collateral"), and Javier Lazo (the "Debtor(s)") having opposed the Motion, and the Court having considered the submissions of the parties, and argument, if any, and for cause shown, it is ORDERED

1. That the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

2. That the stay shall continue against the Collateral, subject to the following conditions:

3. The status of Post-Petition Arrearages is as follows, pursuant to the terms of the Note as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amount Delinquent |
|---|---|---|---|---|
| 1 | May 1, 2023 | May 1, 2023 | $1,980.59 | $1,980.59 |
| 1 | June 1, 2023 | June 1, 2023 | $2,001.97 | $2,001.97 |
| Less post-petition partial payments (suspense): | | | | ($268.75) |
| **TOTAL POST PETITION ARREARAGES:** | | | | **$3,713.81** |

4. Debtor(s) shall cure all Post-Petition Arrearages outlined in Paragraph 3, above, as follows:

    a. Debtor is to pay the total Post-Petition Arrearages totaling a sum of $$3,713.81 on or before July 31, 2023.

5. Beginning in July 2023, Debtor(s) shall resume making regular monthly mortgage payments:

Debtor: Javier Lazo
Case No.: 20-15674-MBK
Caption of Order: Order Resolving Motion to Vacate Stay

---

    a. Regular payments in the amount of $2,001.97, and any additional amount as required or allowed by the Note and Security Instrument are to be paid on or before the date said payments become due.

    b. Payments should be sent to:

> Select Portfolio Servicing, Inc.
> Attn: Remittance Processing
> P.O. Box 65450
> Salt Lake City, UT 84165-0450

6. If any payments outlined in this Order, or any regular monthly payments which come due according to Movant's Loan Documents, for the life of the bankruptcy are not made within 28 days of the date the payment is due, then the Movant may obtain an Order Vacating the Stay as to the Collateral by filing with the Bankruptcy Court a Certification of Default specifying the failure to comply with this Order.

7. That in the event relief from the stay is later granted, the Trustee shall cease funding any balance of Movant's claim and the provisions of Fed.R.Bank.P. 4001(a)(3) may be waived.

8. In the event this case is converted to Chapter 7, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion to bring the account contractually current.

    a. If the loan is not brought current after conversion, Movant may file a Certification of Default with the Court.

9. This Order survives any loan modification between the Movant and the Debtor(s) agreed to and executed during the instant bankruptcy proceeding.

    a. If any regular mortgage payment due after the execution of a loan modification is more than one month late, Movant may file a Certification of Default with the Court.

(Page 4 of 4)

Debtor: Javier Lazo
Case No.: 20-15674-MBK
Caption of Order: Order Resolving Motion to Vacate Stay

---

10. Any Certification of Default filed pursuant to the Order shall be served on the Trustee, the Debtor(s) and Counsel for the Debtor(s).

11. The Movant is awarded attorney's fees of $500.00, and costs of $188.00 for a total of $688.00, to be paid through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

In re:  
Javier Lazo  
    Debtor

Case No. 20-15674-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Jul 31, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javier Lazo, 789 Linden Road, Toms River, NJ 08753-7811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Towd Point Mortgage Trust 2018-1 U.S. Bank National Association, as Indenture Trustee dmcdonough@flwlaw.com |
| Steven J. Abelson | on behalf of Debtor Javier Lazo sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5