| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 20-15674 / MBK**

Javier Lazo

Petition Filed Date: 04/18/2020
341 Hearing Date: 05/14/2020
Confirmation Date: 10/14/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $531.00 | 89148620 | 02/02/2023 | $531.00 | 89729270 | 03/01/2023 | $531.00 | 90277350 |
| 04/03/2023 | $531.00 | 90842430 | 05/02/2023 | $531.00 | 91429010 | 06/02/2023 | $531.00 | 91983990 |
| 07/03/2023 | $531.00 | 92536950 | 08/02/2023 | $531.00 | 93053760 | 09/05/2023 | $531.00 | 93582010 |
| 10/03/2023 | $531.00 | 94103530 | 11/02/2023 | $531.00 | 94607450 | 12/04/2023 | $531.00 | 95147960 |
| 01/02/2024 | $531.00 | 95607300 | | | | | | |

**Total Receipts for the Period: $6,903.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,091.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Javier Lazo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,180.00 | $3,180.00 | $0.00 |
| 1 | VIVE FINANCIAL<br>»» DENT-A-MED INC. | Unsecured Creditors | $2,125.49 | $0.00 | $2,125.49 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2000 CHEVY SILVERADO/CRAM/ORDER 9/17/20 | Debt Secured by Vehicle | $2,821.00 | $0.00 | $2,821.00 |
| 3 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2000 CHEVY SILVERADO/CRAM BAL/ORDER 9/17/2020 | Unsecured Creditors | $8,472.71 | $0.00 | $8,472.71 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,724.90 | $0.00 | $1,724.90 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 | Priority Creditors | $10,540.52 | $10,189.38 | $351.14 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2011-2012, 2015-2016 | Unsecured Creditors | $41,322.47 | $0.00 | $41,322.47 |
| 7 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,930.58 | $0.00 | $1,930.58 |
| 8 | MERRICK BANK | Unsecured Creditors | $1,654.30 | $0.00 | $1,654.30 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $2,427.18 | $0.00 | $2,427.18 |
| 10 | Toms River MUA<br>»» P/789 LINDEN RD/SEWER | Secured Creditors | $168.94 | $0.00 | $168.94 |
| 11 | ALLY CAPITAL<br>»» 2014 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-15674 / MBK**

| 12 | ALLY CAPITAL<br>»» 2014 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 13 | TOWD POINT MTG TRUST 2018-1<br>»» P/789 LINDEN RD/1ST MTG | Mortgage Arrears | $2,893.75 | $0.00 | $2,893.75 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DELL FINANCIAL SERVICES, LLC | Unsecured Creditors | $2,482.44 | $0.00 | $2,482.44 |
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,848.88 | $0.00 | $3,848.88 |
| 16 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $698.57 | $0.00 | $698.57 |
| 17 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/JCPENNEY | Unsecured Creditors | $1,287.93 | $0.00 | $1,287.93 |
| 18 | COMMUNITY LOAN SERVICING LLC<br>»» P/789 LINDEN RD/2ND MTG/BAYVIEW | Mortgage Arrears | $20.00 | $0.00 | $20.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $847.91 | $0.00 | $847.91 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $3,861.28 | $0.00 | $3,861.28 |
| 21 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $107.81 | $0.00 | $107.81 |
| 22 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CC | Unsecured Creditors | $463.43 | $0.00 | $463.43 |
| 23 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2013-2015;2017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2017-2019 | Priority Creditors | $6,485.12 | $6,269.08 | $216.04 |
| 25 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2013-2017/COSTS 9/2019 | Unsecured Creditors | $7,142.69 | $0.00 | $7,142.69 |
| 26 | TOWD POINT MTG TRUST 2018-1<br>»» 789 LINDEN ROAD/ATTY FEES 7/31/23 | Mortgage Arrears | $688.00 | $688.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,091.00 | Plan Balance: | $8,729.00 ** |
| Paid to Claims: | $20,326.46 | Current Monthly Payment: | $531.00 |
| Paid to Trustee: | $1,790.68 | Arrearages: | $0.00 |
| Funds on Hand: | $973.86 | Total Plan Base: | $31,820.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.