UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

**JAVIER LAZO**

Case No.: 20-15674

Chapter: 13

Judge: MEH

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Javier Lazo_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations, or

   [ ] I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4-18-2025

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

rev. 6/16/17